```
David Rucker P-29892
P.O Box 689 DW-113U
Soldad Ca 93960
```

**E-filing**

FILED 08 JUL 16 PM 3:26

JSW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re Andre Boston   Plaintiff,

vs.

Ben Curry, Warden   Defendant.

CV 08 _____

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(PR)

I, David Rucker, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Wal-Mart

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment     Yes ___ No _X_

   b. Income from stocks, bonds, or royalties?     Yes ___ No _X_

   c. Rent payments?     Yes ___ No _X_

   d. Pensions, annuities, or life insurance payments?     Yes ___ No _X_

   e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No _x_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married?     Yes _X_ No ___

Spouse's Full Name: Kimyette Rucker

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income: N/A

Gross $ n/a     Net $ n/a

4. a. List amount you contribute to your spouse's support: $ 0

1      b.     List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      N/a
6  _____

7  5.     Do you own or are you buying a home?     Yes \_\_\_ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.     Do you own an automobile?     Yes \_\_\_ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes \_\_\_\_\_ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.     Do you have a bank account? Yes \_\_\_\_\_ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes \_\_\_ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes \_\_\_ No _X_
20 _____
21 8.     What are your monthly expenses?
22 Rent: $ \_\_\_\_0\_\_\_\_     Utilities: \_\_\_0\_\_\_
23 Food: $ \_\_\_\_0\_\_\_\_     Clothing: \_\_\_0\_\_\_
24 Charge Accounts:
25 Name of Account     Monthly Payment     Total Owed on This Acct.
26 \_\_\_0\_\_\_     $ \_\_\_0\_\_\_     $ \_\_\_0\_\_\_
27 _____     $ _____     $ _____
28 _____     $ _____     $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

n/a
_____
_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____
_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-27-08                                          /s/ [signature]
DATE                                         SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -

Case Number: CV 08 2933

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Rucker, David__ for the last six months
[prisoner name]
__CTF - Soledad__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __16.22__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __11.66__.

Dated: __7-11-08__         __Yolanda Chang__
                          [Authorized officer of the institution]
                          Acct / Spec.

Correctional Training Facility
P. O. Box 686
[?] Miles N of Soledad on US 101
Soledad, California 93960

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __Yolanda Chang__
TRUST OFFICE  Acct / Spec.

-5-

```
REPORT ID: TS3030  .701                                                REPORT DATE: 07/11/08
                                                                       PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CTF SOLEDAD/TRUST ACCOUNTING
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: FEB. 12, 2008 THRU JUL. 11, 2008

ACCOUNT NUMBER  : P29892                         BED/CELL NUMBER: CFDWT100000113U
ACCOUNT NAME    : RUCKER, DAVID DARRELL          ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                               TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE   DESCRIPTION      COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
------   ----   -----------      -------    ---------   --------   -----------   -------
02/12/2008      BEGINNING BALANCE                                                    6.03
02/22  W532  DAMAGES - PER   2705 PANTS                                 6.03         0.00
03/06*VD54   INMATE PAYROL   2862 P 22                    21.60                     21.60
03/24  FC01  DRAW-FAC 1      3084 ML                                   14.88         6.72
04/03*VD54   INMATE PAYROL   3154 P14                     21.60                     28.32
04/08  W512  LEGAL POSTAGE   3262 LPOST                                 5.70        22.62
04/17  W425  DONATION-A A    3417 COM-D                                17.00         5.62
04/21  FC01  DRAW-FAC 1      3445 ML                                    5.62         0.00
04/21  W903  REVERSE POSTA   3468 602                                   1.98-        1.98
04/21  W903  REVERSE POSTA   3468 602                                   1.59-        3.57
04/21  W903  REVERSE POSTA   3468 602                                   1.35-        4.92
05/05*VD54   INMATE PAYROL   3624 P19                     19.44                     24.36
05/08  W534  MEDICAL CHARG   3696 ARCH                                 10.50        13.86
05/27  FC01  DRAW-FAC 1      3931 ML                                   13.86         0.00
06/02  W896  REVERSE VISIO   3997 OP602                                32.25-       32.25
06/03*VD54   INMATE PAYROL   4016 P1                      21.60                     53.85
06/11  FC01  DRAW-FAC 1      4158 ML                                   53.85         0.00
07/03*VD54   INMATE PAYROL   0033 P15                     13.05                     13.05

                        *  RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/26/99                         CASE NUMBER:  *98F04631
COUNTY CODE:   *SAC                              FINE AMOUNT: $  4,163.95

DATE     TRANS.   DESCRIPTION                         TRANS. AMT.       BALANCE
------   ------   -----------                         -----------       -------
02/12/2008       BEGINNING BALANCE                                     4,115.95
03/06/08  VR54   RESTITUTION DEDUCTION-SUPPORT           24.00-        4,091.95
04/03/08  VR54   RESTITUTION DEDUCTION-SUPPORT           24.00-        4,067.95
05/05/08  VR54   RESTITUTION DEDUCTION-SUPPORT           21.60-        4,046.35
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-11-08
         CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
         TRUST OFFICE
         Acct / Spec.

ATTN: Trust office

```
REPORT ID: TS3030  .701                                              REPORT DATE: 07/11/08
                                                                     PAGE NO:           2
                              CTF SOLEDAD/TRUST ACCOUNTING
                              INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: FEB. 12, 2008 THRU JUL. 11, 2008

ACCT: P29892        ACCT NAME: RUCKER, DAVID DARRELL             ACCT TYPE: I

                              * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/26/99                           CASE NUMBER: *98F04631
COUNTY CODE:    *SAC                               FINE AMOUNT: $    4,163.95

 DATE     TRANS.   DESCRIPTION                      TRANS. AMT.         BALANCE
 ------   -----    --------------------------       -----------         -------
 06/03/08  VR54    RESTITUTION DEDUCTION-SUPPORT          24.00-       4,022.35
 07/03/08  VR54    RESTITUTION DEDUCTION-SUPPORT          14.50-       4,007.85

 * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
 * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                           TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL        TOTAL         CURRENT      HOLDS        TRANSACTIONS
 BALANCE       DEPOSITS     WITHDRAWALS   BALANCE      BALANCE      TO BE POSTED
 ---------     --------     -----------   -------      -------      ------------
    6.03          97.29         90.27        13.05        0.00            0.00

                                                           CURRENT
                                                           AVAILABLE
                                                           BALANCE
                                                           ---------
                                                              13.05
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE
Acct 1 Spec.

DAVID RUCKER P79892
P.O. Box 689 DW-113U
Central Facility
Soledad, Ca 93960

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES